**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    vs.                                **CASE NO.:  2:12-cr-223
                                                JUDGE SMITH
                                                MAGISTRATE JUDGE KING**

**ELIE J. HANNOUSH,**                                     **UNDER SEAL**

    **Defendant.**

**ORDER**

On December 4, 2012, the Magistrate Judge issued a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1), recommending that the Court accept Defendant Hannoush's guilty plea to a two count Information charging him with income tax evasion, in violation of 26 U.S.C. § 7201 and failure to report cash payments received in a business, in violation of 31 U.S.C. §§ 5313(a) and 5322(b).  Defendant, represented by counsel, waived his right to appear on the matter before a District Judge.  The Magistrate Judge conducted the colloquy required by Rule 11 of the Federal Rules of Criminal Procedure.  Defendant's plea was knowing, voluntary, free from coercion, and had a basis in fact.

Defendant was specifically informed of his right to contest the Report and Recommendation by filing any objections within 14 days of the issuance of the Report and Recommendation pursuant to 28 U.S.C. §636(b)(1)(B) and Rule 72(b) of the Federal Rules of Civil Procedure.  Defendant did not file any objections.

Accordingly, the Court **ADOPTS** the Report and Recommendation and **ACCEPTS** Defendant's plea of guilty to the two count Information.  Defendant is hereby adjudged guilty of income tax evasion and failure to report cash payments received in a business.

    **IT IS SO ORDERED.**

    */s/ George C. Smith*
    **GEORGE C. SMITH, JUDGE**
    **UNITED STATES DISTRICT COURT**